CASE NO. 5:10-CV-02342

# EXHIBIT
# 1


**ALL**
Erection &
**CRANE RENTAL**

November 26, 2008

All Aerials, LLC
4945 Brecksville Road
Richfield, OH 44286

12\3\08

3\009

Attn: Susi Motz

16\11.26   no\n a\n

Dear Susi:

| | | | | |
|---|---|---|---|---|
| The following is the amount of your contribution to the Health Fund for: | | | | <u>December-08</u> |
| | Single | 5 | Family | 12 |
| | | | **Amount Due** | **$15,046.56** |

> *Please send  $15,046.56  payable to*
> **All Erection MMO Health Fund**
> **(Attn: Katie Haupt)**
> *by 12/10/08*

| | | | | |
|---|---|---|---|---|
| The following are your MMO Admin. fees paid by All Erection for: | | | | <u>December-08</u> |
| | Single | $94.78 | 5 | $473.90 |
| | Family | $94.78 | 12 | $1,137.36 |
| | | | | $1,611.26 |

> *Please send  $1,611.26  payable to*
> **All Erection & Crane Rental Corp.**
> **(Atten: Katie Haupt)**
> *by 12/10/08*

Sincerely,

*John M. Siwak*

cc: Susi Motz


Erection &
**CRANE RENTAL**

December 23, 2008

All Aerials, LLC
4945 Brecksville Road
Richfield, OH 44286

Attn: Susi Motz

Dear Susi:

| | | | | |
|---|---|---|---|---|
| The following is the amount of your contribution to the Health Fund for: | | | | <u>January-09</u> |
| | Single | 5 | Family 12 | |
| | | | **Amount Due** | $15,046.56 |

> *Please send  $15,046.56  payable to*
> **All Erection MMO Health Fund**
> **(Attn: Katie Haupt)**
> *by 01/10/09*

| | | | | |
|---|---|---|---|---|
| The following are your MMO Admin. fees paid by All Erection for: | | | | <u>January-09</u> |
| | Single | $94.78 | 5 | $473.90 |
| | Family | $94.78 | 12 | $1,137.36 |
| | | | | $1,611.26 |

> *Please send  $1,611.26  payable to*
> **All Erection & Crane Rental Corp.**
> **(Atten: Katie Haupt)**
> *by 01/10/09*

Sincerely,

*John M. Sivak*

cc: Susi Motz

# ALL AERIALS, LLC

026741

| OUR REF. NUMBER | YOUR INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID | DISCOUNT TAKEN | NET CHECK AMOUNT |
|---|---|---|---|---|---|---|
| 31298 | JAN 09 | 12-23-08 | $15,046.56 | $15,046.56 | | $15,046.56 |

ACCT NO. MEDICAL                           Check Amount:        $15,046.56

---

# ALL AERIALS, LLC

4945 Brecksville Road
Richfield, Ohio 44286

NATIONAL CITY BANK
Cleveland, Ohio
6-12/410

**026741**

|  | CHECK NO. | DATE | AMOUNT |
|---|---|---|---|
|  | 26741 | 12-31-08 | $15,046.56 |

FIFTEEN THOUSAND FORTY SIX DOLLARS AND 56/100 CENTS

PAY TO THE ORDER OF:

All Erection MMO Health Fund
PO Box 318047
CLEVELAND      , OH  44131-

VOID AFTER 90 DAYS

AUTHORIZED SIGNATURE

⑈026741⑈ ⑉041000124⑉ 986096159⑈

---

# LL AERIALS, LLC

026741

| OUR REF. NUMBER | YOUR INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID | DISCOUNT TAKEN | NET CHECK AMOUNT |
|---|---|---|---|---|---|---|
| 31298 | JAN 09 | 12-23-08 | $15,046.56 | $15,046.56 | | $15,046.56 |

ll Erection MMO Health Fund         CHECK DATE 12-31-08    AMT:       $15,046.56

12/12A - All Aerials



**Erection & CRANE RENTAL**

January 7, 2011

All Aerials, LLC
4945 Brecksville Road
Richfield, OH 44286

Attn: Kim Kasparek

Dear Kim:

The following is the amount of your contribution to the Health Fund for: **January-11**

| | Single | 6 | Family | 11 | |
|---|---|---|---|---|---|
| | | | **Amount Due** | | **$16,070.18** |
| | | | *Total with adjustments* | | $19,904.25 |

> *Please send* **$19,904.25** *payable to*
> **All Erection MMO Health Fund**
> **(Attn: Katie Haupt)**   17002895
> *by* **01/25/11**

The following are your MMO Admin. fees paid by All Erection for: **January-11**

| | Single | $89.66 | 6 | $537.96 |
|---|---|---|---|---|
| | Family | $89.66 | 11 | $986.26 |
| | | | | $1,524.22 |
| | | *Total with adjustments* | | $1,793.20 |

> *Please send* **$1,793.20** *payable to*
> **All Erection & Crane Rental Corp.**
> **(Atten: Katie Haupt)**
> *by* **01/25/11**   17002896

Sincerely,

John M. Sivak

| | | | | | |
|---|---|---|---|---|---|
| ALL AERIALS, LLC | | | Check Number: | | 401499 |
| To: All Erection MMO Health Fund 000397 | | | Check Date: | | 01/19/2011 |

| Invoice Number | Invoice Date | Description | Amount | Discount | Paid Amount |
|---|---|---|---|---|---|
| 01012011 | 01/01/2011 | MMO Healt Fund | $19,904.25 | $.00 | $19,904.25 |
| Acct: NCB | | TOTALS: | $19,904.25 | $.00 | $19,904.25 |

---

**THIS CHECK HAS A COLORED BACKGROUND AND CONTAINS MULTIPLE SECURITY FEATURES - SEE BACK FOR DETAILS**

ALL AERIALS, LLC
4945 Brecksville Road
Richfield, OH 44286
(330) 659-9600

NATIONAL CITY BANK
Cleveland, Ohio
6-12 / 410

**401499**

Nineteen Thousand Nine Hundred Four Dollars And 25 Cents

| DATE | AMOUNT |
|---|---|
| Jan 19, 2011 | $19,904.25 |

PAY TO THE ORDER OF:

All Erection MMO Health Fund
PO Box 318047
CLEVELAND, OH 44131

*Authorized Signature*

⑊401499⑊ ⑉041000124⑉ 986096159⑊



**ALL**
*Erection &*
**CRANE RENTAL**

January 28, 2009

All Aerials, LLC
4945 Brecksville Road
Richfield, OH 44286

Attn: Susi Motz

APPROVED BY: S M&z
P.O. #
DATE: 1/28/09
 -31519
 13368.64  non-09

Dear Susi:

| | | | | |
|---|---|---|---|---|
| The following is the amount of your contribution to the Health Fund for: | | | | **February-09** |
| Single | 5 | Family | 11 | |
| | | **Amount Due** | | $13,985.02 |
| | | **Total with Adjustments** | | $13,368.64 |

> *Please send* **$13,368.64** *payable to*
> **All Erection MMO Health Fund**
> **(Attn: Katie Haupt)**
> *by* **02/10/09**

| | | | | |
|---|---|---|---|---|
| The following are your MMO Admin. fees paid by All Erection for: | | | | **February-09** |
| Single | $94.78 | | 5 | $473.90 |
| Family | $94.78 | | 11 | $1,042.58 |
| | | | | $1,516.48 |
| | | **Total with Adjustments** | | $1,421.70 |

> *Please send* **$1,421.70** *payable to*
> **All Erection & Crane Rental Corp.**
> **(Atten: Katie Haupt)**
> *by* **02/10/09**

Sincerely,

*John M. Sivak*

cc: Susi Motz

# ALL AERIALS, LLC

026855

| OUR REF. NUMBER | YOUR INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID | DISCOUNT TAKEN | NET CHECK AMOUNT |
|---|---|---|---|---|---|---|
| 31561 | FEB 09 | 01-28-09 | $13,368.64 | $13,368.64 | | $13,368.64 |

ACCT NO. MEDICAL                    Check Amount:      $13,368.64

# ALL AERIALS, LLC
4945 Brecksville Road
Richfield, Ohio 44286

NATIONAL CITY BANK
Cleveland, Ohio
6-12/410

**026855**

CHECK NO. 26855     DATE 01-29-09     AMOUNT $13,368.64

THIRTEEN THOUSAND THREE HUNDRED SIXTY EIGHT DOLLARS AND 64/100 CENTS

PAY TO THE ORDER OF:
All Erection MMO Health Fund
PO Box 318047
CLEVELAND    , OH   44131-

VOID AFTER 90 DAYS

AUTHORIZED SIGNATURE

⑈026855⑈ ⑆041000124⑆ 986096159⑈

# LL AERIALS, LLC

026855

| OUR REF. NUMBER | YOUR INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID | DISCOUNT TAKEN | NET CHECK AMOUNT |
|---|---|---|---|---|---|---|
| 31561 | FEB 09 | 01-28-09 | $13,368.64 | $13,368.64 | | $13,368.64 |

Ll Erection MMO Health Fund      CHECK DATE 01-29-09    AMT:    $13,368.64