CASE NO. 5:10-CV-02342

# EXHIBIT
# 2

Remittance name and address:

**All Erection & Crane Rental Corp.**
**7809 Old Rockside Road**
**P. O. Box 318047**
**Independence, Ohio 44131-8047**

Telephone - (216) 524-6550

# Invoice

Date: 4/1/08

APPROVED BY: [signature]
P.O.:
DATE ENTERED: 2/18/09
VOU:
DISTRIBUTION: 31686
O/L:
00,191.56  210.07

| Bill To |
|---|
| All Aerials LLC |
| 4945 Brecksville Road |
| Richfield OH 44286 |

| P.O. No. | | Project |
|---|---|---|
| N/A | | N/A |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1 | Business and Casualty Insurance-4/1/2008-3/31/2009 Plan Year | 6,432.63/month | 6,432.63 |
| | | **Total** | **6,432.63** |

*Post to Acct 2101 17 in Genisys when paying*

*[signature]*

Remittance name and address:
**All Erection & Crane Rental Corp.**
**7809 Old Rockside Road**
**P. O. Box 318047**
**Independence, Ohio 44131-8047**

Telephone - (216) 524-6550

# Invoice

| Date |
|---|
| 5/1/08 |

| Bill To |
|---|
| All Aerials LLC |
| 4945 Brecksville Road |
| Richfield OH 44286 |

| P.O. No. | | Project |
|---|---|---|
| N/A | | N/A |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1 | Business and Casualty Insurance-4/1/2008-3/31/2009 Plan Year | 6,432.63/month | 6,432.63 |
| | | **Total** | **6,432.63** |

*Post to Acct 2101 17 in Genisus when paying*

Remittance name and address:
**All Erection & Crane Rental Corp.**
**7809 Old Rockside Road**
**P. O. Box 318047**
**Independence, Ohio 44131-8047**

Telephone - (216) 524-6550

# Invoice

| Date |
|------|
| 11/1/08 |

| Bill To |
|---------|
| All Aerials LLC<br>4945 Brecksville Road<br>Richfield OH 44286 |

| P.O. No. | | Project |
|----------|---|---------|
| N/A | | N/A |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1 | Business and Casualty Insurance-4/1/2008-3/31/2009 Plan Year | 6,432.63/month | 6,432.63 |
| | | **Total** | **6,432.63** |

*Post to Acct 2101 17 in Genisus when paying*

Remittance name and address:
**All Erection & Crane Rental Corp.**
**7809 Old Rockside Road**
**P. O. Box 318047**
**Independence, Ohio 44131-8047**

Telephone - (216) 524-6550

# Invoice

Date: 6/1/08

| Bill To |
|---|
| All Aerials LLC<br>4945 Brecksville Road<br>Richfield OH 44286 |

| P.O. No. | | Project |
|---|---|---|
| N/A | | N/A |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1 | Business and Casualty Insurance-4/1/2008-3/31/2009 Plan Year | 6,432.63/month | 6,432.63 |
| | | **Total** | **6,432.63** |

*Post to Acct 2101 17 in Genisys when paying*

**Remittance name and address:**
**All Erection & Crane Rental Corp.**
**7809 Old Rockside Road**
**P. O. Box 318047**
**Independence, Ohio 44131-8047**

Telephone - (216) 524-6550

# Invoice

| Date |
|---|
| 1 1 09 |

| Bill To |
|---|
| All Aerials LLC<br>4945 Brecksville Road<br>Richfield OH 44286 |

| P.O. No. | | Project |
|---|---|---|
| N/A | | N/A |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1 | Business and Casualty Insurance-4/1/2008-3/31/2009 Plan Year | 6,432.63/month | 6,432.63 |
| | | **Total** | **6,432.63** |

*Post To Acct 5014-17 in Genisys when paying*

*[signature]*

**Remittance name and address:**
**All Erection & Crane Rental Corp.**
**7809 Old Rockside Road**
**P. O. Box 318047**
**Independence, Ohio 44131-8047**

Telephone - (216) 524-6550

## Invoice

| Date |
|---|
| 2/1/09 |

| Bill To |
|---|
| All Aerials LLC<br>4945 Brecksville Road<br>Richfield OH 44286 |

| P.O. No. | | Project |
|---|---|---|
| N/A | | N/A |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1 | Business and Casualty Insurance-4/1/2008-3/31/2009 Plan Year | 6,432.63/month | 6,432.63 |
| | | **Total** | **6,432.63** |

*POST TO ACCT 5014-17 IN GENSYS WHEN PAYING*

| | | | Check Number: | | 401932 |
|---|---|---|---|---|---|
| ALL AERIALS, LLC | | | Check Date: | | 05/17/2011 |
| To: All Crane Group Admin, LLC   ALL002 | | | | | |
| Invoice Number | Invoice Date | Description | Amount | Discount | Paid Amount |
| 05012011 | 05/01/2011 | Insurance Program | $6,800.00 | $.00 | $6,800.00 |

Acct: NCB   TOTALS: $6,800.00   $.00   $6,800.00

---

**THIS CHECK HAS A COLORED BACKGROUND AND CONTAINS MULTIPLE SECURITY FEATURES - SEE BACK FOR DETAILS**



**ALL AERIALS, LLC**
4945 Brecksville Road
Richfield, OH 44286
(330) 659-9600

NATIONAL CITY BANK
Cleveland, Ohio

6-12 / 410

**401932**

Six Thousand Eight Hundred Dollars And 00 Cents

**DATE** May 17, 2011     **AMOUNT** $6,800.00

PAY TO THE ORDER OF:

All Crane Group Admin, LLC
PO Box 318047
Cleveland, OH 44131



_____
AUTHORIZED SIGNATURE

⑆401932⑆ ⑈041000124⑈ 986096159⑈

---

| | | | Check Number: | | 401932 |
|---|---|---|---|---|---|
| ALL AERIALS, LLC | | | Check Date: | | 05/17/2011 |
| To: All Crane Group Admin, LLC   ALL002 | | | | | |
| Invoice Number | Invoice Date | Description | Amount | Discount | Paid Amount |
| 05012011 | 05/01/2011 | Insurance Program | $6,800.00 | $.00 | $6,800.00 |

Acct: NCB   TOTALS: $6,800.00   $.00   $6,800.00