CASE NO. 5:10-CV-02342

# EXHIBIT
# 3

 **US CorpWorks Inc.**

# Invoice

| Date | Invoice # |
|---|---|
| 8/21/2010 | 42707 |

1638 Pennsylvania Street
Denver, CO 80203
(303) 393-8800
(303) 393-8900

Due Upon Receipt

FEIN 84-1403781

| Bill Recipient: | Requester: |
|---|---|
| All Erection & Crane Rental Corp.<br>7809 Old Rockside Road<br>Cleveland, OH 44131<br>Att: Leah Foster | All Erection & Crane Rental Corp.<br>7809 Old Rockside Road<br>Cleveland, OH 44131<br>Att: Leah Foster |

| Entity | Client Reference |
|---|---|
| All Aerials, LLC | |

| Description | Amount |
|---|---|
| Service - Filing Application for Withdrawal with in New York | 95.00 |
| Disbursements - New York | 149.00 |

*Corp. Matters - ALL Aerials*

**NON-INSURED MATTER**
Date Received: _____ INI: _____
Legal Approval: _____ GC Date: 3/28/11
Date Sent to Accounting: _____

| | |
|---|---|
| Payments/Credits | $0.00 |
| **Total** | **$244.00** |

*Thank you for using US CorpWorks! We appreciate your business!*


NATIONAL REGISTERED AGENTS, INC.
*Corporate Service Office Partner of NRAI*

Please remit payments to:
US CorpWorks Inc.
PO Box 953
West Windsor, NJ 08550-0953

  

Please contact us to pay by credit card
(888) 967-5799




**NATIONAL REGISTERED AGENTS, INC.**

P.O. Box 927 • West Windsor • NJ 08550-0927 • accounting@nrai.com • Tel: (800) 767-1553 • Fax: (609)716-0820

CORPORATE SERVICE PARTNER: NRAI CORPORATE SERVICES - DENVER - (888) 967-5799

# INVOICE

| To: | DOUG DIMOND<br>DOUG DIAMOND<br>4700 ACORN DRIVE<br>CLEVELAND, OH, 44131 | Invoice Number: R-1602160<br>Account Number: 044194<br>Company Number: 95007820 | Date: 02/15/2011<br>Page: 1 of 1 |
|---|---|---|---|

RE: ALL AERIALS, LLC

| State(s) | Service | Type | For Period | Pro-Rate | Amount |
|---|---|---|---|---|---|
| ILLINOIS | STATUTORY REPRESENTATION | F | 04/01/11 - 03/31/12 | | $ 105.00 |
| INDIANA | STATUTORY REPRESENTATION | F | 04/01/11 - 03/31/12 | | $ 105.00 |
| PENNSYLVANIA | STATUTORY REPRESENTATION | F | 04/01/11 - 03/31/12 | | $ 105.00 |
| WEST VIRGINIA | STATUTORY REPRESENTATION | F | 04/01/11 - 03/31/12 | | $ 105.00 |

*Cap. Matters - All Aerials*

**NON-INSURED MATTER**
Date Received: ___
Legal Approval: _____ GC Date: 3/8/11
Date Sent to Accounting: ___

Total: $ 420.00

**TERMS: NET 30 DAYS** - *Payment to be made in US Dollars*

## PAY ONLINE (See Reverse) OR TEAR OFF AND REMIT INVOICE PAYMENT TO:
National Registered Agents, Inc. P.O. Box 927, West Windsor, NJ 08550-0927

| From: DOUG DIMOND<br>RE: ALL AERIALS, LLC<br>☐ For change of address, please check here and complete reverse side of form or go to www.nrai.com/update | Invoice Number: R-1602160<br>Account Number: 044194<br>Company Number: 95007820 | Date: 02/15/2011<br>Form: 1 of 1 |
|---|---|---|

Check states you are NOT remitting payment for. Please see reverse side for further instructions.

☐ ILLINOIS
☐ INDIANA
☐ PENNSYLVANIA
☐ WEST VIRGINIA

Trusted. Innovative. Experts.

Enter Total Amount Remitted $

## ALL AERIALS LLC

## DISBURSEMENT AUTHORIZATION

DATE: 4/12/2011

AMOUNT: 244.00

NAME: ALL CRANE GROUP LEGAL ADMINISTRATION, LLC
(ATTN: DARCY)
4700 ACORN DRIVE          (ALL082)
INDEPENDENCE, OH  44131

DISTRIBUTION:

67300-00-1

REF: US Corpworks
Inv#42707

```
APPROVE TO PAY
DATE SENT FOR
APPROVAL
ACCT #  67300-00-1
UNIT    1700350 5
        APPROVED BY
Darcy
DATE    4-12-11
```

| ALL AERIALS, LLC | | | | Check Number: | | 401796 |
| --- | --- | --- | --- | --- | --- | --- |
| To: All Crane Group Legal Admin ALL004 | | | | Check Date: | | 04/14/2011 |
| Invoice Number | Invoice Date | Description | Amount | | Discount | Paid Amount |
| 04112011 | 04/11/2011 | INV#42707 | $244.00 | | $.00 | $244.00 |
| 04122011 | 04/14/2011 | INV#1602160 | $420.00 | | $.00 | $420.00 |
| Acct: NCB | | | TOTALS: | $664.00 | $.00 | $664.00 |

THIS CHECK HAS A COLORED BACKGROUND AND CONTAINS MULTIPLE SECURITY FEATURES - SEE BACK FOR DETAILS

**ALL AERIALS, LLC**
4945 Brecksville Road
Richfield, OH 44286
(330) 659-9600

NATIONAL CITY BANK
Cleveland, Ohio

6-12 / 410

**401796**

Six Hundred Sixty Four Dollars And 00 Cents

DATE: Apr 14, 2011
AMOUNT: $664.00

PAY TO THE ORDER OF:

All Crane Group Legal Admin
4700 Acorn Drive
Independence, OH 44131



NON-NEGOTIABLE

AUTHORIZED SIGNATURE

⑈401796⑈ ⑆041000124⑆ 986096159⑈

| ALL AERIALS, LLC | | | | Check Number: | | 401796 |
| --- | --- | --- | --- | --- | --- | --- |
| To: All Crane Group Legal Admin ALL004 | | | | Check Date: | | 04/14/2011 |
| Invoice Number | Invoice Date | Description | Amount | | Discount | Paid Amount |
| 04112011 | 04/11/2011 | INV#42707 | $244.00 | | $.00 | $244.00 |
| 04122011 | 04/14/2011 | INV#1602160 | $420.00 | | $.00 | $420.00 |
| Acct: NCB | | | TOTALS: | $664.00 | $.00 | $664.00 |