# CASE NO. 5:10-CV-02342

# EXHIBIT
# 4



**ALL Erection & CRANE RENTAL**

7809 Old Rockside Road
Cleveland, Ohio 44131
216-524-6550
fax 216-642-7613

**031707**
**Equipment Rental Agreement**
Date: 12-17-10

| Field | Value |
|---|---|
| Customer Name | ALL Airial |
| Mailing Address | |
| Job Name | Best Sand |
| Address | Chardon OH |

Tons _____  Model _____  Unit K-1866 / K2463
S/N _____  Boom Length _____  Propane Tank _____

Equipped with: Jib ☐  Block ☐  Ball ☐  Fire Extinguisher ☐  Aerial Platform ☐

| Description | Start | Finish | Time Out | Net | |
|---|---|---|---|---|---|
| Equipment Time | | | | | $300.00 |
| Operator | | | | | |
| Oiler | | | | | |
| Rigger | | | | | |
| Jimmy Hill | | | | | |
| Tractor No. X280 | | Trailer No. X357 | | | |
| Total | Cost | | Net | | |

Remarks: P/U - Best Sand
Chardon OH
1 - Manlift
1 - Scissor lift
Del - ALL Airial Richfield, OH

Delivery ___ Pickup ___ On Bare Rent ___ Off Bare Rent ___ Misc ___

Bare Rentals: Customer is responsible for full insurance coverage see reverse side or terms and conditions

Insured Value $ _____  Arrival Time _____

Signature _____
Supt., Foreman, or owner

© All Erection and Crane Rental Corp., an Equal Opportunity Employer

# ALL



Erection & Crane Rental Corp.
4700 Acorn Drive
Cleveland, Ohio 44131
Phone **216-524-6550** Fax **216-524-6290**

We're **ALL**. You Need!

Cranes to 1,000 Ton Aerial Work Platforms
Boom Trucks Material Handlers
Industrial & R.T. Forklifts

SOLD TO:

ALL Aerials, LLC
4945 Brecksville Rd.
Richfield, OH 44286

| INVOICE# | DATE OF INVOICE |
|---|---|
| **354496** | December 31, 2010 |
| SALES PERSON | House |
| JOB SITE | Billing Address<br>4945 Brecksville Rd.<br>Richfield, OH |

CUSTOMER'S ORDER NO:

Job: CLV-72882  Customer: 000683
TERMS NET 10

| DATE | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| 12/17/2010 | Pick up JLG 460SJ, Unit K1866 and MEC 2633ES, Unit K2463 from Best Sand in Chardon and deliver to ALL Aerials<br>Aerial Lift Freight    1.00 Total<br>Ticket #31707 - (X280/X357) | $300.00 | $300.00 |
| | **Total Invoice:** | | **$300.00** |

THANK YOU FOR YOUR BUSINESS!

*[signature]* 1/12/11

17002901

Late payments are subject to a FINANCE CHARGE of 1 1/2% per month
equivalent to an ANNUAL PERCENTAGE RATE of 18% per year.

   

# ALL Erection & Crane Rental Corp.

4700 Acorn Drive
Cleveland, Ohio 44131
Phone **216-524-6550** Fax **216-524-6290**

We're **ALL** You Need!

Cranes to 1,000 Ton Aerial Work Platforms
Boom Trucks Material Handlers
Industrial & R.T. Forklifts

**SOLD TO:**
ALL Aerials, LLC
4945 Brecksville Rd.
Richfield, OH 44286

| INVOICE# | DATE OF INVOICE |
|---|---|
| **354497** | December 31, 2010 |
| SALES PERSON | House |
| JOB SITE | |
| Billing Address 4945 Brecksville Rd. Richfield, OH | |

**CUSTOMER'S ORDER NO:**

Job: CLV-72885    Customer: 000683
**TERMS** NET 10

| DATE | DESCRIPTION | | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 12/23/2010 | Pick up (3) new aerial units from JLG Industries in McConnelsburg, PA and deliver to Richfield<br>Aerial Lift Freight<br>Ticket #44966 - Unit Z9138<br>Ticket #35644 - Unit Z9139<br>Ticket #35492 - Unit Z9140 | 3.00 Loads | $950.00 | $2,850.00 |
| | | | **Total Invoice:** | **$2,850.00** |

THANK YOU FOR YOUR BUSINESS!

*[signature] 1/12/10*
*17002899*

Late payments are subject to a FINANCE CHARGE of 1 1/2% per month
equivalent to an ANNUAL PERCENTAGE RATE of 18% per year.

**ALL AERIALS, LLC**

To: All Erection & Crane Rental  000229

| Invoice Number | Invoice Date | Description | Amount | Discount | Paid Amount |
|---|---|---|---|---|---|
| 354497 | 12/31/2010 | | 2,850.00 | .00 | 2,850.00 |
| 354496 | 12/31/2010 | | 300.00 | .00 | 300.00 |
| 01012011-A | 01/01/2011 | Wrong Vendor | 6,800.00 | .00 | 6,800.00 |
| 01012011-DEBIT | 01/01/2011 | Wrong Customer | -6,800.00 | .00 | -6,800.00 |
| 01012011 | 01/01/2011 | IMC Admin Fee | 1,793.20 | .00 | 1,793.20 |

Check Number: 401498
Check Date: 01/19/2011

Acct: NCB  Totals: 4,943.20  .00  4,943.20

---

🔒 THIS CHECK HAS A COLORED BACKGROUND AND CONTAINS MULTIPLE SECURITY FEATURES - SEE BACK FOR DETAILS  🔒

**ALL AERIALS, LLC**
645 Brecksville Road
Richfield, OH 44286
(330) 659-9600

National City Bank
Cleveland, OH

401498

DATE | AMOUNT

Four Thousand Nine Hundred Forty Three Dollars And 20 Cents    Jan 19, 2011   $4,943.20

PAY TO THE ORDER OF

All Erection & Crane Rental
PO Box 318047
CLEVELAND, OH 44131



⑆041498⑆  ⑈041000124⑈  ⑈856062439⑈

   

# ALL

### Erection & Crane Rental Corp.
4700 Acorn Drive
Cleveland, Ohio 44131
Phone **216-524-6550** Fax **216-524-6290**

*We're* **ALL** *You Need!*

Cranes to 1,000 Ton Aerial Work Platforms
Boom Trucks Material Handlers
Industrial & R.T. Forklifts

SOLD TO:
ALL Aerials, LLC
4945 Brecksville Rd.
Richfield, OH 44286

| INVOICE# | DATE OF INVOICE |
|---|---|
| **355638** | February 22, 2011 |
| SALES PERSON | House |
| JOB SITE | Bethlemen Church<br>Seven Hills, OH |

CUSTOMER'S ORDER NO:

Job: CLV-73633  Customer: 000683
TERMS NET 10

| DATE | DESCRIPTION | | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 2/18/2011 | Freight out for Genie S-125, Unit K2461<br>Aerial Lift Freight<br>Ticket #47764 - (CL119/X405) | 1.00 Total | $100.00 | $100.00 |
| | | | **Total Invoice:** | **$100.00** |

THANK YOU FOR YOUR BUSINESS!

*[signature] 3/3/11*
*17003264*

Late payments are subject to a FINANCE CHARGE of 1 1/2% per month
equivalent to an ANNUAL PERCENTAGE RATE of 18% per year.

| ALL AERIALS, LLC | | | | Check Number: | | 401668 |
| --- | --- | --- | --- | --- | --- | --- |
| To: All Erection & Crane Rental 000229 | | | | Check Date: | | 03/09/2011 |
| Invoice Number | Invoice Date | Description | Amount | Discount | | Paid Amount |
| 355638 | 02/22/2011 | | $100.00 | $.00 | | $100.00 |
| 03012011 | 03/05/2011 | MMO Admin Fee | $1,434.56 | $.00 | | $1,434.56 |
| Acct: NCB | | TOTALS: | $1,534.56 | $.00 | | $1,534.56 |

THIS CHECK HAS A COLORED BACKGROUND AND CONTAINS MULTIPLE SECURITY FEATURES - SEE BACK FOR DETAILS

ALL AERIALS, LLC
4945 Brecksville Road
Richfield, OH 44286
(330) 659-9600

NATIONAL CITY BANK
Cleveland, Ohio

**401668**

One Thousand Five Hundred Thirty Four Dollars And 56 Cents

PAY TO THE ORDER OF:

All Erection & Crane Rental
PO Box 318047
CLEVELAND, OH 44131

**DATE** Mar 9, 2011

**AMOUNT** $1,534.56

NON-NEGOTIABLE

AUTHORIZED SIGNATURE

⑆401668⑆ ⑈041000124⑈ 986096159⑊

| ALL AERIALS, LLC | | | | Check Number: | | 401668 |
| --- | --- | --- | --- | --- | --- | --- |
| To: All Erection & Crane Rental 000229 | | | | Check Date: | | 03/09/2011 |
| Invoice Number | Invoice Date | Description | Amount | Discount | | Paid Amount |
| 355638 | 02/22/2011 | | $100.00 | $.00 | | $100.00 |
| 03012011 | 03/05/2011 | MMO Admin Fee | $1,434.56 | $.00 | | $1,434.56 |
| Acct: NCB | | TOTALS: | $1,534.56 | $.00 | | $1,534.56 |