# CASE NO. 5:10-CV-02342

# EXHIBIT
# 5



**MicroAge**
A Frontier Technology, LLC Company
P.O. Box 2941
Phoenix, AZ 85062-2941
(480) 366-2000

# Invoice
# 600180447
Date: 12/28/10

**Bill To:**
All Erection & Crane Rental
7809 Old Rockside Road
Dan Letostak
Cleveland OH 44131

**Ship To:**
All Aerials LLC
4945 Brecksville Road
Kim Kasparek-PO 09-122810
Richfield OH 44286

| Order Number | Order Dt | Account No. | Client P.O. Number | Terms | Sales ID |
|---|---|---|---|---|---|
| 400155196 | 12/28/10 | 104330 | 09-122810 | Net 30 Days | 354 |

| Quantity | Stock Number | Description | Unit Price | Extension |
|---|---|---|---|---|
|  |  | ****** DROP SHIPMENT ***** |  |  |
| 1 | 02-81600-001 | TROY MICR TONER 3015 | 224.88 | 224.88 |
| 1 | *Freight-OH |  | 46.12 | 46.12 |
|  | Tracking: | UPS GRND |  |  |
|  |  | Subtotal |  | 271.00 |
|  |  | Sales Tax |  | 17.62 |
|  |  | **Total Due On 01/27/11** |  | **288.62** |

*MICR Toner Cartridge for Inventory check printer*

**APPROVE TO PAY**
DATE SENT FOR APPROVAL: JAN 7 - 2011
ACCT #
UNIT
APPROVED BY
DATE 1/7/11

Bill Aerials



**526 W. Aurora Rd. #355**
**Sagamore Hills, OH 44067**
**216.261.5154**
**www.digibahn.com**

# Invoice

| DATE | INVOICE # |
|---|---|
| 01/01/2011 | 110101002 |

| TERMS |
|---|
| Due on receipt |

**BILL TO**
Michael Liptak
ALL Erection & Crane Rental Corp.
7809 Old Rockside Road
Cleveland, OH 44131

*Bill*
*All Aerials*

| Service | Activity | Amount |
|---|---|---|
| SEO Consultin | • Search Engine Optimization for All Aerials, LLC<br>• January 2011 | 877.50 |

**APPROVE TO PAY**
DATE SENT FOR APPROVAL
ACCT # 76000-00-1
UNIT
APPROVED BY MLL
DATE 1/3/11

Thank you for your business.

**TOTAL** $877.50







# ALL

### Erection & Crane Rental Corp.
4700 Acorn Drive
Cleveland, Ohio 44131
Phone **216-524-6550** Fax **216-524-6290**

*We're* **ALL** *You Need!*

Cranes to 1,000 Ton Aerial Work Platforms
Boom Trucks Material Handlers
Industrial & R.T. Forklifts

SOLD TO:

ALL Aerials, LLC
4945 Brecksville Rd.
Richfield, OH 44286

| INVOICE# | DATE OF INVOICE |
|---|---|
| **354743** | January 12, 2011 |
| SALES PERSON | House |
| JOB SITE | Billing Address<br>4945 Brecksville Rd.<br>Richfield, OH |

CUSTOMER'S ORDER NO:

Job: CLU-72980    Customer: 000683
TERMS  NET 10

| DATE | DESCRIPTION | | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 1/1/2011 | Search Engine Optimization<br>Office Expense   Chargeback<br>DigiBahn Invoice #110101002 | 1.00 Total | $877.50 | $877.50 |
| | | Total Invoice: | | **$877.50** |

THANK YOU FOR YOUR BUSINESS!

Late payments are subject to a FINANCE CHARGE of 1 1/2% per month
equivalent to an ANNUAL PERCENTAGE RATE of 18% per year.

   

**Erection & Crane Rental Corp.**
4700 Acorn Drive
Cleveland, Ohio 44131
Phone 216-524-6550  Fax 216-524-6290

*We're ALL You Need!*

Cranes to 1,000 Ton Aerial Work Platforms
Boom Trucks Material Handlers
Industrial & R.T. Forklifts

SOLD TO:

ALL Aerials, LLC
4945 Brecksville Rd.
Richfield, OH 44286

| INVOICE# | DATE OF INVOICE |
|---|---|
| 354941 | January 19, 2011 |
| SALES PERSON | House |
| JOB SITE | |
| Billing Address 4945 Brecksville Rd. Richfield, OH | |

CUSTOMER'S ORDER NO:

Job: CLU-73127    Customer: 000683
TERMS NET 10

| DATE | DESCRIPTION | | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 12/28/2010 | Office Expense    Chargeback MicroAge Invoice #600180447 for Troy Micr Toner for check printer | 1.00 Total | $288.62 | $288.62 |
| | | Total Invoice: | | $288.62 |

THANK YOU FOR YOUR BUSINESS!

17002976

Late payments are subject to a FINANCE CHARGE of 1 1/2% per month
equivalent to an ANNUAL PERCENTAGE RATE of 18% per year.

   

# ALL
### Erection & Crane Rental Corp.
4700 Acorn Drive
Cleveland, Ohio 44131
Phone 216-524-6550  Fax 216-524-6290

*We're* **ALL** *You Need!*

Cranes to 1,000 Ton Aerial Work Platforms
Boom Trucks Material Handlers
Industrial & R.T. Forklifts

SOLD TO:
ALL Aerials, LLC
4945 Brecksville Rd.
Richfield, OH 44286

| INVOICE# | DATE OF INVOICE |
|---|---|
| **355023** | January 21, 2011 |
| SALES PERSON | House |
| JOB SITE | |

CUSTOMER'S ORDER NO:

Job: CLU-73180     Customer: 000683
TERMS  NET 10

| DATE | DESCRIPTION | | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 12/10/2010 | Wireless headset system and handset lifter<br>Office Expense    Chargeback           1.00 Total<br>Headsets.com Invoice 2298512-01 | | $377.93 | $377.93 |
| | | Total Invoice: | | **$377.93** |

THANK YOU FOR YOUR BUSINESS!

17003089

Late payments are subject to a FINANCE CHARGE of 1 1/2% per month
equivalent to an ANNUAL PERCENTAGE RATE of 18% per year.