CASE NO. 5:10-CV-02342

# EXHIBIT 6



# ALL
### Erection & Crane Rental Corp.
4700 Acorn Drive
Cleveland, Ohio 44131
Phone 216-524-6550  Fax 216-524-6290

*We're **ALL**. You Need!*

Cranes to 1,000 Ton Aerial Work Platforms
Boom Trucks Material Handlers
Industrial & R.T. Forklifts

SOLD TO:
ALL Aerials, LLC
4945 Brecksville Rd.
Richfield, OH 44286

| INVOICE# | DATE OF INVOICE |
|---|---|
| 355087 | January 26, 2011 |
| SALES PERSON | House |
| JOB SITE | Billing Address<br>4945 Brecksville Rd.<br>Richfield, OH |

CUSTOMER'S ORDER NO:

ROGER / ENVIROFAB JLG

Customer: 000683

TERMS  NET 10

| DATE | DESCRIPTION | | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| | Service Call to change out 2 tires on customer's unit | 2.00 Hours | 65.0000 | $130.00 |
| | | | **Total Invoice:** | **$130.00** |
| | THANK YOU FOR YOUR BUSINESS! | | | |

*Roy 2/2/11*
*17003075*

Late payments are subject to a FINANCE CHARGE of 1 1/2% per month
equivalent to an ANNUAL PERCENTAGE RATE of 18% per year.

    

# ALL
### Erection & Crane Rental Corp.
4700 Acorn Drive
Cleveland, Ohio 44131
Phone 216-524-6550  Fax 216-524-6290

*We're*  *. You Need!*

Cranes to 1,000 Ton Aerial Work Platforms
Boom Trucks Material Handlers
Industrial & R.T. Forklifts

SOLD TO:
ALL Aerials, LLC
4945 Brecksville Rd.
Richfield, OH 44286

| INVOICE# | DATE OF INVOICE |
|---|---|
| 355086 | January 26, 2011 |

| SALES PERSON | |
|---|---|
| | House |

| JOB SITE |
|---|
| Billing Address |
| 4945 Brecksville Rd. |
| Richfield, OH |

CUSTOMER'S ORDER NO:

ROGER

Customer: 000683

TERMS  NET 10

| DATE | DESCRIPTION | | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| | Service call to air up tires on units | 3.00 Hours | 65.0000 | $195.00 |
| | | Total Invoice: | | $195.00 |

THANK YOU FOR YOUR BUSINESS!

*[signature] 2/2/11*
*17003074*

Late payments are subject to a FINANCE CHARGE of 1 1/2% per month equivalent to an ANNUAL PERCENTAGE RATE of 18% per year.

   

**ALL Erection & Crane Rental Corp.**
4700 Acorn Drive
Cleveland, Ohio 44131
Phone **216-524-6550** Fax **216-524-6290**

*We're **ALL** You Need!*

Cranes to 1,000 Ton Aerial Work Platforms
Boom Trucks Material Handlers
Industrial & R.T. Forklifts

SOLD TO:

ALL Aerials, LLC
4945 Brecksville Rd.
Richfield, OH 44286

| INVOICE# | DATE OF INVOICE |
|---|---|
| **355236** | January 31, 2011 |
| SALES PERSON | House |
| JOB SITE | |
| ALL's Electric Shop Old Rockside Rd. Independence, OH | |

CUSTOMER'S ORDER NO:

1701767       Job: CLU-73355       Customer: 000683

TERMS  NET 10

| DATE | DESCRIPTION | | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 1/31/2011 | Parts p/n: 113276 Starter | 1.00 Each | $250.00 | $250.00 |
| | | | **Total Invoice:** | **$250.00** |

THANK YOU FOR YOUR BUSINESS!

*Roy 2/10/11*
*po# 1701767*
*17003106*

Late payments are subject to a FINANCE CHARGE of 1 1/2% per month
equivalent to an ANNUAL PERCENTAGE RATE of 18% per year.

## Receiver Report
Receiver: 1701758

| PO No | Vendor Name | | Date Rec | Received By | Comments |
|---|---|---|---|---|---|
| 1701767 | All Erection & Crane Rental | | 2/9/2011 | Parker, Rex | mountain state carbon |

| Part No | Yard | Job No | | | | | |
|---|---|---|---|---|---|---|---|
| Line Description | Location | Unit Code | Qty Ord | Ordered Cost | Amount | Qty Rec Received Cost | Amount |
| 1 113276 STARTER PROLINE 175.00 | Richfield Parts Room | | 1.00 New | $250.0000 | $250.00 | 1.00 $250.0000 | $250.00 |
| | | | | PO Amount: | $250.00 | Receiver Amount: | $250.00 |

| ALL AERIALS, LLC | | | | Check Number: | | 401583 |
| --- | --- | --- | --- | --- | --- | --- |
| To: All Erection & Crane Rental | | 000229 | | Check Date: | | 02/12/2011 |
| Invoice Number | Invoice Date | Description | Amount | Discount | | Paid Amount |
| 355023 | 01/25/2011 | | $377.93 | $.00 | | $377.93 |
| 355086 | 01/26/2011 | | $195.00 | $.00 | | $195.00 |
| 355087 | 01/26/2011 | | $130.00 | $.00 | | $130.00 |
| 355236 | 01/31/2011 | | $250.00 | $.00 | | $250.00 |
| 02012011 | 02/01/2011 | MMO Admin Fee | $1,434.56 | $.00 | | $1,434.56 |

Acct: NCB  TOTALS: $2,387.49  $.00  $2,387.49

---

THIS CHECK HAS A COLORED BACKGROUND AND CONTAINS MULTIPLE SECURITY FEATURES - SEE BACK FOR DETAILS

**ALL AERIALS, LLC**
4945 Brecksville Road
Richfield, OH 44286
(330) 659-9600

NATIONAL CITY BANK
Cleveland, Ohio

6-12 / 410

**401583**

DATE: Feb 12, 2011
AMOUNT: $2,387.49

Two Thousand Three Hundred Eighty Seven Dollars And 49 Cents

PAY TO THE ORDER OF:

All Erection & Crane Rental
PO Box 318047
CLEVELAND, OH 44131


NON-NEGOTIABLE



AUTHORIZED SIGNATURE

⑃401583⑃ ⑈041000124⑈ 986096159⑃

---

| ALL AERIALS, LLC | | | | Check Number: | | 401583 |
| --- | --- | --- | --- | --- | --- | --- |
| To: All Erection & Crane Rental | | 000229 | | Check Date: | | 02/12/2011 |
| Invoice Number | Invoice Date | Description | Amount | Discount | | Paid Amount |
| 355023 | 01/25/2011 | | $377.93 | $.00 | | $377.93 |
| 355086 | 01/26/2011 | | $195.00 | $.00 | | $195.00 |
| 355087 | 01/26/2011 | | $130.00 | $.00 | | $130.00 |
| 355236 | 01/31/2011 | | $250.00 | $.00 | | $250.00 |
| 02012011 | 02/01/2011 | MMO Admin Fee | $1,434.56 | $.00 | | $1,434.56 |

Acct: NCB  TOTALS: $2,387.49  $.00  $2,387.49





# ALL

### Erection & Crane Rental Corp.
4700 Acorn Drive
Cleveland, Ohio 44131
Phone 216-524-6550  Fax 216-524-6290

*We're* **ALL** *You Need!*

Cranes to 1,000 Ton Aerial Work Platforms
Boom Trucks Material Handlers
Industrial & R.T. Forklifts

OLD TO:
ALL Aerials, LLC
4945 Brecksville Rd.
Richfield, OH 44286

| INVOICE# | DATE OF INVOICE |
|---|---|
| **355968** | March 11, 2011 |
| SALES PERSON | House |
| JOB SITE | |
| Billing Address 4945 Brecksville Rd. Richfield, OH | |

:USTOMER'S ORDER NO:

1701896

Customer: 000683

TERMS  NET 10

| DATE | DESCRIPTION | | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| | Service call to rotate drive tires on Peterbilt 379, Unit Z1509 | 1.50 Hours | 65.0000 | $97.50 |
| | | Total Invoice: | | $97.50 |

THANK YOU FOR YOUR BUSINESS!

*[handwritten: signature 3/17/11]*
*[handwritten: po# 1701896]*
*[handwritten: 6000-00-2]*
*[handwritten: 17003348]*

Late payments are subject to a FINANCE CHARGE of 1 1/2% per month
equivalent to an ANNUAL PERCENTAGE RATE of 18% per year.



# ALL Erection & Crane Rental Corp.

4700 Acorn Drive
Cleveland, Ohio 44131
Phone 216-524-6550  Fax 216-524-6290

*We're ALL You Need!*

Cranes to 1,000 Ton Aerial Work Platforms
Boom Trucks Material Handlers
Industrial & R.T. Forklifts

SOLD TO:
ALL Aerials, LLC
4945 Brecksville Rd.
Richfield, OH 44286

| INVOICE# | DATE OF INVOICE |
|---|---|
| 355969 | March 11, 2011 |

| SALES PERSON | House |
|---|---|

JOB SITE
Billing Address
4945 Brecksville Rd.
Richfield, OH

CUSTOMER'S ORDER NO:
1701897

Customer: 000683

TERMS  NET 10

| DATE | DESCRIPTION | | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| | Service call to install new tires on Talbert Trailer, Unit Z294 | 1.00 Hour | 65.0000 | $65.00 |
| | Michelin tires | 2.00 Each | 303.2700 | $606.54 |
| | | Total Invoice: | | **$671.54** |

THANK YOU FOR YOUR BUSINESS!

*[handwritten: signature 3/17/11, job # 1701897, 61000-00-2, 17003349]*

Late payments are subject to a FINANCE CHARGE of 1 1/2% per month equivalent to an ANNUAL PERCENTAGE RATE of 18% per year.

## Receiver Report
Receiver: 1701867

| PO No | Vendor Name | | Date Rec | Received By | Comments | | |
|---|---|---|---|---|---|---|---|
| 1701896 | All Erection & Crane Rental | | 3/17/2011 | Parker, Rex | Z1509 Peterbilt tires | | |
| Part No | Yard | Job No | | | | | |
| Line Description | Location | Unit Code | Qty Ord | Ordered Cost | Amount | Qty Rec Received Cost | |
| 1 SC | Richfield | | 1.00 | $97.5000 | $97.50 | 1.00 $97.5000 | |
| SERVICE CALL HOUSE | Parts Room | | | New | | | |
| | | | | PO Amount: | $97.50 | Receiver Amount: | $97.50 |

## Receiver Report
Receiver: 1701866

| PO No | Vendor Name | | Date Rec | Received By | Comments |
|---|---|---|---|---|---|
| 1701897 | All Erection & Crane Rental | | 3/17/2011 | Parker, Rex | trailer Z294 |

| | | Yard | Job No | | | | | |
|---|---|---|---|---|---|---|---|---|
| Line | Part No / Description | Location | Unit Code | Qty Ord | Ordered Cost | Amount | Qty Rec | Received Cost | Amount |
| 1 | 255-70R22.5 tire- Michelin XZE | Richfield Parts Room | | 2.00 New | $284.2800 | $568.56 | 2.00 | $284.2800 | $568.56 |
| 2 | SC SERVICE CALL HOUSE | Richfield Parts Room | | 1.00 New | $65.0000 | $65.00 | 1.00 | $65.0000 | $65.00 |
| 3 | FET FEDERAL TAX | Richfield Parts Room | | 2.00 New | $18.9900 | $37.98 | 2.00 | $18.9900 | $37.98 |
| | | | | | PO Amount: | $671.54 | | Receiver Amount: | $671.54 |

| ALL AERIALS, LLC | | | | Check Number: | 401728 |
|---|---|---|---|---|---|
| To: All Erection & Crane Rental | 000229 | | | Check Date: | 03/31/2011 |
| Invoice Number | Invoice Date | Description | Amount | Discount | Paid Amount |
| 355968 | 03/11/2011 | | $97.50 | $.00 | $97.50 |
| 355969 | 03/11/2011 | | $671.54 | $.00 | $671.54 |
| Acct: NCB | | TOTALS: | $769.04 | $.00 | $769.04 |

**THIS CHECK HAS A COLORED BACKGROUND AND CONTAINS MULTIPLE SECURITY FEATURES - SEE BACK FOR DETAILS**

ALL AERIALS, LLC
4945 Brecksville Road
Richfield, OH 44286
(330) 659-9600

NATIONAL CITY BANK
Cleveland, Ohio

6-12 / 410

**401728**

Seven Hundred Sixty Nine Dollars And 04 Cents

DATE: Mar 31, 2011
AMOUNT: $769.04

PAY TO THE ORDER OF:

All Erection & Crane Rental
PO Box 318047
CLEVELAND, OH 44131

AUTHORIZED SIGNATURE

⑈401728⑈ ⑆041000124⑆ 986096159⑈

| ALL AERIALS, LLC | | | | Check Number: | 401728 |
|---|---|---|---|---|---|
| To: All Erection & Crane Rental | 000229 | | | Check Date: | 03/31/2011 |
| Invoice Number | Invoice Date | Description | Amount | Discount | Paid Amount |
| 355968 | 03/11/2011 | | $97.50 | $.00 | $97.50 |
| 355969 | 03/11/2011 | | $671.54 | $.00 | $671.54 |
| Acct: NCB | | TOTALS: | $769.04 | $.00 | $769.04 |



# ALL


Erection & Crane
Rental Corp.
4700 Acorn Drive
Cleveland, Ohio 44131
Phone 216-524-6550  Fax 216-524-6290

*We're* **ALL** *You Need!*

Cranes to 1,000 Ton Aerial Work Platforms
Boom Trucks Material Handlers
Industrial & R.T. Forklifts

OLD TO:

ALL Aerials, LLC
4945 Brecksville Rd.
Richfield, OH 44286

| INVOICE# | DATE OF INVOICE |
|---|---|
| **357695** | May 16, 2011 |
| SALES PERSON | House |
| JOB SITE | |
| Billing Address 4945 Brecksville Rd. Richfield, OH | |

CUSTOMER'S ORDER NO:

*1702213*

Job: CLU-74816     Customer: 000683
TERMS  NET 10

| DATE | DESCRIPTION | | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 5/2/2011 to 5/3/2011 | Mechanic-Labor Cost w/o #8350 - Turbo shaft on Peterbilt 379, Unit Z1508 was reportedly locking up. Drain coolant and replace turbocharger. Remove air cooler and all cooler piping; replace. | 7.00 Hours | $56.00 | $392.00 |
| | Parts Turbocharger, air filters, hood release, coolant level switch, stud, lock nut, radiator cap, and antifreeze | 1.00 Total | $3,067.64 | $3,067.64 |
| | | | **Total Invoice:** | **$3,459.64** |

THANK YOU FOR YOUR BUSINESS!

*Z1508*

*Approved 5/27/11*

*P.O. # 1702213*

*61000-00-2*

*17003902*

Late payments are subject to a FINANCE CHARGE of 1 1/2% per month
equivalent to an ANNUAL PERCENTAGE RATE of 18% per year.



# ALL
### Erection & Crane Rental Corp.
4700 Acorn Drive
Cleveland, Ohio 44131
Phone 216-524-6550  Fax 216-524-6290




We're **ALL** You Need!

Cranes to 1,000 Ton Aerial Work Platforms
Boom Trucks Material Handlers
Industrial & R.T. Forklifts

SOLD TO:
ALL Aerials, LLC
4945 Brecksville Rd.
Richfield, OH 44286

| INVOICE# | DATE OF INVOICE |
|---|---|
| **357789** | May 19, 2011 |
| SALES PERSON | House |
| JOB SITE | Billing Address  4945 Brecksville Rd.  Richfield, OH |

CUSTOMER'S ORDER NO:
1702152

TERMS  NET 10

Customer: 000683

| DATE | DESCRIPTION | | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| | Service call to repair several tires on Aerials' units. | 3.50 Hours | 65.0000 | $227.50 |
| | Repairs | 7.00 Each | 25.0000 | $175.00 |
| | | | **Total Invoice:** | **$402.50** |

THANK YOU FOR YOUR BUSINESS!

*[signature] 5/26/11*

17003931

Late payments are subject to a FINANCE CHARGE of 1 1/2% per month
equivalent to an ANNUAL PERCENTAGE RATE of 18% per year.

# ALL Aerials, LLC
## Receiver Report
Receiver: 1702175

| PO No | Vendor Name | | Date Rec | Received By | Comments | | |
|---|---|---|---|---|---|---|---|
| 1702213 | All Erection & Crane Rental | | 5/27/2011 | Parker, Rex | Z1508 Turbo | | |
| Part No | Yard | Job No | | | | | |
| Line Description | Location | Unit Code | Qty Ord | Ordered Cost | Amount | Qty Rec | Received Cost | Amount |
| 1 OUTSIDE REPAIR out of shop repair service | Richfield Parts Room | | 7.00 New | $56.0000 | $392.00 | 7.00 | $56.0000 | $392.00 |
| 2 MISC MISCELLANEOUS PARTS | Richfield Parts Room | | 1.00 New | $3,067.6400 | $3,067.64 | 1.00 | $3,067.6400 | $3,067.64 |
| | | | | PO Amount: | $3,459.64 | | Receiver Amount: | $3,459.64 |

| ALL AERIALS, LLC | | | | Check Number: | 401963 |
| --- | --- | --- | --- | --- | --- |
| To: All Erection & Crane Rental 000229 | | | | Check Date: | 06/01/2011 |
| Invoice Number | Invoice Date | Description | Amount | Discount | Paid Amount |
| 356827 | 05/01/2011 | | $3,790.40 | $.00 | $3,790.40 |
| 357695 | 05/16/2011 | | $3,459.64 | $.00 | $3,459.64 |
| 357789 | 05/30/2011 | | $402.50 | $.00 | $402.50 |
| Acct: NCB | | TOTALS: | $7,652.54 | $.00 | $7,652.54 |

THIS CHECK HAS A COLORED BACKGROUND AND CONTAINS MULTIPLE SECURITY FEATURES - SEE BACK FOR DETAILS



**ALL AERIALS, LLC**
4945 Brecksville Road
Richfield, OH 44286
(330) 659-9600

NATIONAL CITY BANK
Cleveland, Ohio

6-12 / 410

**401963**

Seven Thousand Six Hundred Fifty Two Dollars And 54 Cents

DATE Jun 1, 2011

AMOUNT $7,652.54

PAY TO THE ORDER OF:

All Erection & Crane Rental
PO Box 318047
CLEVELAND, OH 44131



AUTHORIZED SIGNATURE

⑈401963⑈ ⑆041000124⑆ 986096159⑈

| ALL AERIALS, LLC | | | | Check Number: | 401963 |
| --- | --- | --- | --- | --- | --- |
| To: All Erection & Crane Rental 000229 | | | | Check Date: | 06/01/2011 |
| Invoice Number | Invoice Date | Description | Amount | Discount | Paid Amount |
| 356827 | 05/01/2011 | | $3,790.40 | $.00 | $3,790.40 |
| 357695 | 05/16/2011 | | $3,459.64 | $.00 | $3,459.64 |
| 357789 | 05/30/2011 | | $402.50 | $.00 | $402.50 |
| Acct: NCB | | TOTALS: | $7,652.54 | $.00 | $7,652.54 |