CASE NO. 5:10-CV-02342

# EXHIBIT 7

ALL Erection & Crane Rental Corp.
7809 Old Rockside Rd.
Cleveland, OH 44131
(216) 524-6550 Ph.
(216) 524-6290 Fax

**Invoice**  353636

| | |
|---|---|
| Invoice Date: | Tuesday, November 30, 2010 |
| Customer: | 000683 |
| Job No: | CLU-72368 |
| Sales Person: | House |

ALL Aerials, LLC
4945 Brecksville Rd.
Richfield, OH 44286

Job Site:
Billing Address
4945 Brecksville Rd.
Richfield, OH

Terms: NET 10

Customer P.O. No:

| Date | Description | Unit No | Qty Unit Meas | Rate | Extension |
|---|---|---|---|---|---|
| 11/29/2010 | Parts<br>Landoll Invoice #33366 for Hub for 103781 | | 2.00 Each | $169.80 | $339.60 |
| | Shipping & Handling (Parts)<br>UPS | | 1.00 Total | $54.86 | $54.86 |

**Total Invoice:**  $394.46

THANK YOU FOR YOUR BUSINESS!

17003230

ALL Erection & Crane Rental Corp.
7809 Old Rockside Rd.
Cleveland, OH 44131
(216) 524-6550 Ph.
(216) 524-6290 Fax

**Invoice**   **354277**

| | |
|---|---|
| Invoice Date: | Tuesday, December 28, 2010 |
| Customer: | 000683 |
| Job No: | CLU-72785 |
| Sales Person: | House |

ALL Aerials, LLC
4945 Brecksville Rd.
Richfield, OH 44286

Job Site:
ALL's Engine Shop
Old Rockside Rd.
Independence, OH

Terms: NET 10

Customer P.O. No: ADAM WADE

| Date | Description | Unit No | Qty Unit Meas | Rate | Extension |
|---|---|---|---|---|---|
| 12/23/2010 | Parts<br>w/o #5565 - Cam position sensor<br>and crank position sensor | | 1.00 Total | $82.29 | $82.29 |
| | Shipping & Handling<br>(Parts)<br>Incoming freight charge | | 1.00 Total | $27.00 | $27.00 |

**Total Invoice:**   **$109.29**

THANK YOU FOR YOUR BUSINESS!

17003231



# ALL Erection & Crane Rental Corp.
4700 Acorn Drive
Cleveland, Ohio 44131
Phone 216-524-6550  Fax 216-524-6290

*We're ALL You Need!*

Cranes to 1,000 Ton Aerial Work Platforms
Boom Trucks Material Handlers
Industrial & R.T. Forklifts

SOLD TO:
ALL Aerials, LLC
4945 Brecksville Rd.
Richfield, OH 44286

| INVOICE# | DATE OF INVOICE |
|---|---|
| 355391 | February 09, 2011 |
| SALES PERSON | House |
| JOB SITE | |
| ALL's Engine Shop Old Rockside Rd. Independence, OH | |

CUSTOMER'S ORDER NO:
1701807

Job: CLU-73449     Customer: 000683
TERMS NET 10

| DATE | DESCRIPTION | | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 2/9/2011 | Parts w/o #5665 - Crankcase Pressure Sensor | 1.00 Each | $37.86 | $37.86 |
| | | Total Invoice: | | $37.86 |

THANK YOU FOR YOUR BUSINESS!

*pv 3/2/11*
*j# 170/807*
*61000-00-2*
*17003240*

Late payments are subject to a FINANCE CHARGE of 1 1/2% per month
equivalent to an ANNUAL PERCENTAGE RATE of 18% per year.

Receiver Report
Receiver: 1701761

| PO No | Vendor Name | | Date Rec | Received By | | Comments | | |
|---|---|---|---|---|---|---|---|---|
| 1701807 | Ali Erection & Crane Rental | | 2/10/2011 | Parker, Rex | | Z9056 Peterbilt | | |
| Part No | Yard | Job No | | | | | | |
| Line Description | Location | Unit Code | Qty Ord | Ordered Cost | Amount | Qty Rec | Received Cost | Amount |
| 1 4984575 | Richfield | Parts Room | 1.00 | $37.8600 | $37.86 | 1.00 | $37.8600 | $37.86 |
| sensor, crankcase pressure | | | | New | | | | |
| | | | | PO Amount: | $37.86 | | Receiver Amount: | $37.86 |

# Receival Report

Receiver: 1701764

| PO No | Vendor Name | | Date Rec | Received By | Comments | | |
|---|---|---|---|---|---|---|---|
| 1701817 | All Erection & Crane Rental | | 2/10/2011 | Parker, Rex | Z1508 Peterbilt | | |
| Part No | Yard | Job No | | | | | |
| Line Description | Location | Unit Code | Qty Ord | Ordered Cost | Amount | Qty Rec | Received Cost | Amount |
| 1 3316406 cord, block heater | Richfield Parts Room | | 1.00 New | $40.2200 | $40.22 | 1.00 | $40.2200 | $40.22 |
| 2 3684337 gasket, block heater | Richfield Parts Room | | 1.00 New | $10.5300 | $10.53 | 1.00 | $10.5300 | $10.53 |
| 3 3684477 block heater- 90degree | Richfield Parts Room | | 1.00 New | $58.8300 | $58.83 | 1.00 | $58.8300 | $58.83 |
| | | | | PO Amount: | $109.58 | | Receiver Amount: | $109.58 |

# ALL
### Erection & Crane Rental Corp.
4700 Acorn Drive
Cleveland, Ohio 44131
Phone 216-524-6550  Fax 216-524-6290



*We're **ALL**. You Need!*

Cranes to 1,000 Ton Aerial Work Platforms
Boom Trucks Material Handlers
Industrial & R.T. Forklifts

**SOLD TO:**
ALL Aerials, LLC
4945 Brecksville Rd.
Richfield, OH 44286

| INVOICE# | DATE OF INVOICE |
|---|---|
| **355441** | February 11, 2011 |
| SALES PERSON | House |
| JOB SITE | |
| ALL's Engine Shop<br>Old Rockside Rd.<br>Independence, OH | |

**CUSTOMER'S ORDER NO:**

1701817

Job: CLU-73472    Customer: 000683

**TERMS  NET 10**

| DATE | DESCRIPTION | | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 2/10/2011 | Parts<br>w/o #5674 - Block Heater | 1.00 Each | $39.72 | $39.72 |
| | Parts<br>w/o #5675 - Heater cord, heater gasket, block heater | 1.00 Total | $109.58 | $109.58 |
| | Parts<br>w/o #5676 - Block Heater | -1.00 Each | $39.72 | ($39.72) |
| | | | **Total Invoice:** | **$109.58** |

THANK YOU FOR YOUR BUSINESS!

*[handwritten: Roy 3/2/11*
*po# 1701817*
*61000-00-2*
*17003239]*

Late payments are subject to a FINANCE CHARGE of 1 1/2% per month
equivalent to an ANNUAL PERCENTAGE RATE of 18% per year.



# ALL
### Erection & Crane Rental Corp.
4700 Acorn Drive
Cleveland, Ohio 44131
Phone 216-524-6550 Fax 216-524-6290

*We're* **ALL** *.You Need!*

Cranes to 1,000 Ton Aerial Work Platforms
Boom Trucks Material Handlers
Industrial & R.T. Forklifts

SOLD TO:
ALL Aerials, LLC
4945 Brecksville Rd.
Richfield, OH 44286

| INVOICE# **355661** | DATE OF INVOICE February 23, 2011 |
|---|---|
| SALES PERSON | House |
| JOB SITE Billing Address 4945 Brecksville Rd. Richfield, OH | |

CUSTOMER'S ORDER NO:

~~1701550~~
1701551

Customer: 000683

TERMS NET 10

| DATE | DESCRIPTION | | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| | p/n: 1503 JLG Polyfil for (2) tires | 1.00 Total | 1,340.9000 | $1,340.90 |
| | | Total Invoice: | | $1,340.90 |

THANK YOU FOR YOUR BUSINESS!

*py 3/11/11*
*po# 170155/*
*17003339*

Late payments are subject to a FINANCE CHARGE of 1 1/2% per month
equivalent to an ANNUAL PERCENTAGE RATE of 18% per year.

| ALL AERIALS, LLC | | | | Check Number: | | 401662 |
|---|---|---|---|---|---|---|
| To: | All Erection & Crane Rental | 000229 | | Check Date: | | 03/02/2011 |
| Invoice Number | Invoice Date | Description | Amount | Discount | Paid Amount |
| 353636 | 02/28/2011 | | $394.46 | $.00 | $394.46 |
| 77 | 02/28/2011 | | $109.29 | $.00 | $109.29 |

Acct: NCB  TOTALS: $503.75 $.00 $503.75

---

🔒 THIS CHECK HAS A COLORED BACKGROUND AND CONTAINS MULTIPLE SECURITY FEATURES - SEE BACK FOR DETAILS 🔒

**ALL AERIALS, LLC**
4945 Brecksville Road
Richfield, OH 44286
(330) 659-9600

NATIONAL CITY BANK
Cleveland, Ohio

6-12 / 410

**401662**

**DATE** Mar 2, 2011    **AMOUNT** $503.75

Five Hundred Three Dollars And 75 Cents



PAY TO THE ORDER OF:

All Erection & Crane Rental
PO Box 318047
CLEVELAND, OH 44131



AUTHORIZED SIGNATURE

⑈401662⑈ ⑆041000124⑆ 986096159⑈

---

| ALL AERIALS, LLC | | | | Check Number: | | 401662 |
|---|---|---|---|---|---|---|
| To: | All Erection & Crane Rental | 000229 | | Check Date: | | 03/02/2011 |
| Invoice Number | Invoice Date | Description | Amount | Discount | Paid Amount |
| 353636 | 02/28/2011 | | $394.46 | $.00 | $394.46 |
| 354277 | 02/28/2011 | | $109.29 | $.00 | $109.29 |

Acct: NCB  TOTALS: $503.75 $.00 $503.75

Receiver Report
Receiver: 1701838

| PO No | Vendor Name | | Date Rec | Received By | Comments | | |
|---|---|---|---|---|---|---|---|
| 1701551 | All Erection & Crane Rental | | 3/9/2011 | Parker, Rex | 2 jig tires | | |
| Part No | Yard | Job No | | | | | |
| Line Description | Location | Unit Code | Qty Ord | Ordered Cost | Amount | Qty Rec | Received Cost Amount |
| 1 FOAMFILL | Richfield | | 2.00 | $670.4500 | $1,340.90 | 2.00 | $670.4500 $1,340.90 |
| FOAMFILL TIRE | Parts Room | | | New | | | |
| | | | | PO Amount: | $1,340.90 | Receiver Amount: | $1,340.90 |

**ALL AERIALS, LLC**

To: All Erection & Crane Rental    000396

| Invoice Number | Invoice Date | Description | Amount | Discount | Paid Amount |
|---|---|---|---|---|---|
| 355391 | 02/09/2011 | | $37.86 | $.00 | $37.86 |
| 355441 | 02/11/2011 | | $109.58 | $.00 | $109.58 |

Acct: NCB    TOTALS  $147.44   $.00   $147.44

---

THIS CHECK HAS A COLORED BACKGROUND AND CONTAINS MULTIPLE SECURITY FEATURES - SEE BACK FOR DETAILS

**ALL AERIALS, LLC**
8585 Brecksville Road
Richfield, OH 44286
330-659-6610

NATIONAL CITY BANK
Cleveland, Ohio

Check Number: 401669
Check Date: 03/09/2011



DATE: 03/09/2011    AMOUNT: $147.44

One Hundred Forty Seven Dollars And 44 Cents

PAY TO THE ORDER OF

All Erection & Crane Rental
PO Box 318047
CLEVELAND, OH 44131

AUTHORIZED SIGNATURE

---

**ALL AERIALS, LLC**

To: All Erection & Crane Rental    000396

Check Number: 401669
Check Date: 03/09/2011

| Invoice Number | Invoice Date | Description | Amount | Discount | Paid Amount |
|---|---|---|---|---|---|
| 355391 | 02/09/2011 | | $37.86 | $.00 | $37.86 |
| 355441 | 02/11/2011 | | $109.58 | $.00 | $109.58 |

Acct: NCB    TOTALS  $147.44   $.00   $147.44

| ALL AERIALS, LLC | | | | Check Number: | | 401701 |
| --- | --- | --- | --- | --- | --- | --- |
| To: All Erection & Crane Rental 000396 | | | | Check Date: | | 03/18/2011 |
| Invoice Number | Invoice Date | Description | Amount | Discount | | Paid Amount |
| 355661 | 03/18/2011 | | $1,340.90 | $.00 | | $1,340.90 |
| Acct: NCB | | | TOTALS: $1,340.90 | $.00 | | $1,340.90 |

THIS CHECK HAS A COLORED BACKGROUND AND CONTAINS MULTIPLE SECURITY FEATURES - SEE BACK FOR DETAILS

**ALL AERIALS, LLC**
4945 Brecksville Road
Richfield, OH 44286
(330) 659-9600

NATIONAL CITY BANK
Cleveland, Ohio

6-12 / 410

**401701**

One Thousand Three Hundred Forty Dollars And 90 Cents

**DATE** Mar 18, 2011

**AMOUNT** $1,340.90

PAY TO THE ORDER OF:

All Erection & Crane Rental
PO Box 318047
CLEVELAND, OH 44131

AUTHORIZED SIGNATURE

⑆401701⑆ ⑆041000124⑆ 986096159⑈

| ALL AERIALS, LLC | | | | Check Number: | | 401701 |
| --- | --- | --- | --- | --- | --- | --- |
| To: All Erection & Crane Rental 000396 | | | | Check Date: | | 03/18/2011 |
| Invoice Number | Invoice Date | Description | Amount | Discount | | Paid Amount |
| 355661 | 03/18/2011 | | $1,340.90 | $.00 | | $1,340.90 |
| Acct: NCB | | | TOTALS: $1,340.90 | $.00 | | $1,340.90 |



# ALL Erection & Crane Rental Corp.

4700 Acorn Drive
Cleveland, Ohio 44131
Phone 216-524-6550  Fax 216-524-6290

We're **ALL**. You Need!

Cranes to 1,000 Ton  Aerial Work Platforms
Boom Trucks  Material Handlers
Industrial & R.T. Forklifts

**SOLD TO:**

ALL Aerials, LLC
4945 Brecksville Rd.
Richfield, OH 44286

| INVOICE# | DATE OF INVOICE |
|---|---|
| **356827** | April 14, 2011 |
| SALES PERSON | House |
| JOB SITE | Billing Address<br>4945 Brecksville Rd.<br>Richfield, OH |

CUSTOMER'S ORDER NO:

1701894

TERMS  NET 10

Customer: 000683

| DATE | DESCRIPTION | | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| | Bridgestone tires & FET fees | 8.00 Each | 473.8000 | $3,790.40 |
| | | | **Total Invoice:** | **$3,790.40** |

- THANK YOU FOR YOUR BUSINESS!

21509

5/17/11
p. #1701894

LC1000-00-2
17603901

Late payments are subject to a FINANCE CHARGE of 1 1/2% per month
equivalent to an ANNUAL PERCENTAGE RATE of 18% per year.

## ALL Aerials, LLC
## Receiver Report
Receiver: 1702174

| PO No | Vendor Name | | Date Rec | Received By | Comments | | |
|---|---|---|---|---|---|---|---|
| 1701894 | All Erection & Crane Rental | | 5/27/2011 | Parker, Rex | Z1509 Peterbilt | | |
| Part No | Yard | Job No | | | | | |
| Line Description | Location | Unit Code | Qty Ord | Ordered Cost | Amount | Qty Rec | Received Cost Amount |
| 1 TIRES | | | 8.00 | $473.8000 | $3,790.40 | 8.00 | $473.8000 $3,790.40 |
| TIRES | | | | New | | | |
| | | | | PO Amount: | $3,790.40 | Receiver Amount: | $3,790.40 |