CASE NO. 5:10-CV-02342

# EXHIBIT
# 8



# Invoice 8005600000
Invoice Date 12/15/10

**Graffiti, Inc.**
3111 Carnegie Avenue
Cleveland, Ohio 44115

REMIT TO: Graffiti, Inc.
PO Box 931890
Cleveland, Ohio 44193-1210

Telephone: 216/881-5550

**Bill To:**

ALL AERIALS, LLC
ATTN: KIM KASPAREK
4945 BRECKSVILLE RD
RICHFIELD, OH 44286

**Ship To:**

ALL AERIALS, LLC
ATTN: KIM KASPAREK
4945 BRECKSVILLE RD
RICHFIELD, OH 44286

| Customer | Ship Via | F.O.B. | Terms |
|---|---|---|---|
| ALL054 | UPS | | Net 30 Days |

| Purchase Order Number | Salesperson | Order Date | Our Order Number |
|---|---|---|---|
| VERBAL | JS | 12/03/10 | 8005600000 |

| Quantity Ordered | Quantity Shipped / Back Ordered | Item Number / Item Description | Unit of Measure | Unit Price / Discount % | Tax | Extended Price |
|---|---|---|---|---|---|---|
| 2 | 2 / 0 | CARHA18 / WATCH HAT BLACK-2 EMB.W/BLANK | Each | 6.25 | Y | 12.50 |
| 1 | 1 / 0 | FRT / Freight Charges | EACH | 4.44 | Y | 4.44 |

**APPROVE TO PAY**
DATE SENT FOR APPROVAL: DEC 2 0 2010
ACCT #
UNIT
APPROVED BY
DATE

| | |
|---|---|
| Nontaxable Subtotal | 0.00 |
| Taxable Subtotal | 16.94 |
| Tax (7.750%) | 1.31 |
| Total Invoice | 18.25 |

Customer Original

Page 1



# ALL
### Erection & Crane Rental Corp.
4700 Acorn Drive
Cleveland, Ohio 44131
Phone **216-524-6550** Fax **216-524-6290**

*We're **ALL**. You Need!*

Cranes to 1,000 Ton Aerial Work Platforms
Boom Trucks Material Handlers
Industrial & R.T. Forklifts

SOLD TO:
ALL Aerials, LLC
4945 Brecksville Rd.
Richfield, OH 44286

| INVOICE# | DATE OF INVOICE |
|---|---|
| **354242** | December 22, 2010 |
| SALES PERSON | House |
| JOB SITE | |
| Billing Address 4945 Brecksville Rd. Richfield, OH | |

CUSTOMER'S ORDER NO:

Job: CLU-72725     Customer: 000683
TERMS  NET 10

| DATE | DESCRIPTION | | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 12/15/2010 | Black Carhart hat Parts Graffiti Invoice 8005600000 | 1.00 Total | $18.25 | $18.25 |
| | | Total Invoice: | | **$18.25** |

THANK YOU FOR YOUR BUSINESS!

11/5/11
17002839

Late payments are subject to a FINANCE CHARGE of 1 1/2% per month
equivalent to an ANNUAL PERCENTAGE RATE of 18% per year.

| ALL AERIALS, LLC | | | | Check Number: | 401475 |
| --- | --- | --- | --- | --- | --- |
| To: All Erection & Crane Rental 000396 | | | | Check Date: | 01/10/2011 |
| Invoice Number | Invoice Date | Description | Amount | Discount | Paid Amount |
| 354242 | 12/22/2010 | | $18.25 | $.00 | $18.25 |
| Acct: NCB | | TOTALS: | $18.25 | $.00 | $18.25 |

---



**ALL AERIALS, LLC**
4945 Brecksville Road
Richfield, OH 44286
(330) 659-9600

NATIONAL CITY BANK
Cleveland, Ohio

6-12 / 410

**401475**

| DATE | AMOUNT |
| --- | --- |
| Jan 10, 2011 | $18.25 |

Eighteen Dollars And 25 Cents

PAY TO THE ORDER OF:

All Erection & Crane Rental
PO Box 318047
CLEVELAND, OH 44131



AUTHORIZED SIGNATURE

⑈401475⑈ ⑆041000124⑆ 986096159⑈

---

| ALL AERIALS, LLC | | | | Check Number: | 401475 |
| --- | --- | --- | --- | --- | --- |
| To: All Erection & Crane Rental 000396 | | | | Check Date: | 01/10/2011 |
| Invoice Number | Invoice Date | Description | Amount | Discount | Paid Amount |
| 354242 | 12/22/2010 | | $18.25 | $.00 | $18.25 |
| Acct: NCB | | TOTALS: | $18.25 | $.00 | $18.25 |