CASE NO. 5:10-CV-02342

# EXHIBIT
# 4

**A.L.L.**
**Erection &**
**CRANE RENTAL**

7809 Old Rockside Road
Cleveland, Ohio 44131
216-524-6550
fax 216-642-7613

031707

**Equipment Rental Agreement**

Date 12-17-10

| | |
|---|---|
| Customer Name | ALL AiriAL |
| Mailing Address | |
| Job Name | BesT SANd |
| Address | ChArdon OH |

Unit K-1866 / K 2463

Tons _____ Model _____
S/N _____ Boom Length _____ Propane Tank _____
Equipped with: Jib ☐ Block ☐ Ball ☐ Fire Extinguisher ☐ Aerial Platform ☐

| Description | Start | Finish | Time Out | Net | |
|---|---|---|---|---|---|
| Equipment Time | | | | | $ 300 ⁰⁰ |
| Operator | | | | | |
| Oiler | | | | | |
| Rigger | | | | | |
| Jimmy Hill | | | | | |
| Tractor No. X 280 | | Trailer No. X 357 | | | |
| Total | Cost | | Net | | |

Remarks: P/u - BesT SANd
ChArdon OH
1 - mAnlift
1 - SEi3of lift
Del - ALL AiriAL Richfield, OH

Delivery _____ Pickup _____ On Bare Rent _____ Off Bare Rent _____ Misc _____
Bare Rentals: Customer is responsible for full insurance coverage see reverse side or terms and conditions

Insured Value $ _____ Arrival Time _____

Signature _____
Supt., Foreman, or owner

© All Erection and Crane Rental Corp., an Equal Opportunity Employer

    

# ALL
### Erection & Crane Rental Corp.
4700 Acorn Drive
Cleveland, Ohio 44131
Phone **216-524-6550** Fax **216-524-6290**

*We're* **ALL** *You Need!*

Cranes to 1,000 Ton Aerial Work Platforms
Boom Trucks Material Handlers
Industrial & R.T. Forklifts

SOLD TO:

ALL Aerials, LLC
4945 Brecksville Rd.
Richfield, OH 44286

| INVOICE# | DATE OF INVOICE |
|---|---|
| **354496** | December 31, 2010 |

| SALES PERSON | House |
|---|---|

| JOB SITE |
|---|
| Billing Address<br>4945 Brecksville Rd.<br>Richfield, OH |

CUSTOMER'S ORDER NO:

Job: CLV-72882        Customer: 000683

**TERMS** NET 10

| DATE | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| 12/17/2010 | Pick up JLG 460SJ, Unit K1866 and MEC 2633ES, Unit K2463 from Best Sand in Chardon and deliver to ALL Aerials<br>Aerial Lift Freight                    1.00 Total<br>Ticket #31707 - (X280/X357) | $300.00 | $300.00 |
|  |  | **Total Invoice:** | **$300.00** |

THANK YOU FOR YOUR BUSINESS!

1/12/11

17002901

Late payments are subject to a FINANCE CHARGE of 1 1/2% per month
equivalent to an ANNUAL PERCENTAGE RATE of 18% per year.

    

# ALL®

**Erection & Crane Rental Corp.**
4700 Acorn Drive
Cleveland, Ohio 44131
Phone 216-524-6550 Fax 216-524-6290

*We're* **ALL** *You Need!*

Cranes to 1,000 Ton Aerial Work Platforms
Boom Trucks Material Handlers
Industrial & R.T. Forklifts

SOLD TO:

ALL Aerials, LLC
4945 Brecksville Rd.
Richfield, OH 44286

| INVOICE#  354497 | DATE OF INVOICE  December 31, 2010 |
|---|---|
| **SALES PERSON** | House |
| **JOB SITE**  Billing Address  4945 Brecksville Rd.  Richfield, OH | |

CUSTOMER'S ORDER NO:

Job: CLV-72885          Customer: 000683

**TERMS   NET 10**

| DATE | DESCRIPTION | | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 12/23/2010 | Pick up (3) new aerial units from JLG Industries in McConnelsburg, PA and deliver to Richfield  **Aerial Lift Freight**  Ticket #44966 - Unit Z9138  Ticket #35644 - Unit Z9139  Ticket #35492 - Unit Z9140 | 3.00 Loads | $950.00 | $2,850.00 |
| | | **Total Invoice:** | | **$2,850.00** |

THANK YOU FOR YOUR BUSINESS!

*by 1/12/10*
*17 002899*

Late payments are subject to a **FINANCE CHARGE of 1 1/2% per month**
equivalent to an **ANNUAL PERCENTAGE RATE of 18% per year.**

ALL AERIALS, LLC

THIS CHECK HAS A COLORED BACKGROUND AND CONTAINS MULTIPLE SECURITY FEATURES - SEE BACK FOR DETAILS

ALL AERIALS, LLC

| | | DATE | AMOUNT |

Four Thousand One Hundred Forty Three Dollars And 20 Cents

PAY TO THE ORDER OF



## ALL
### Erection & Crane Rental Corp.
4700 Acorn Drive
Cleveland, Ohio 44131
Phone 216-524-6550 Fax 216-524-6290

We're **ALL** You Need!

Cranes to 1,000 Ton Aerial Work Platforms
Boom Trucks Material Handlers
Industrial & R.T. Forklifts

SOLD TO:
ALL Aerials, LLC
4945 Brecksville Rd.
Richfield, OH 44286

| INVOICE# 355638 | DATE OF INVOICE February 22, 2011 |
|---|---|
| SALES PERSON | House |
| JOB SITE Bethlemen Church Seven Hills, OH | |

CUSTOMER'S ORDER NO:

Job: CLV-73633    Customer: 000683

TERMS  NET 10

| DATE | DESCRIPTION | | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 2/18/2011 | Freight out for Genie S-125, Unit K2461 Aerial Lift Freight Ticket #47764 - (CL119/X405) | 1.00 Total | $100.00 | $100.00 |
| | | | **Total Invoice:** | **$100.00** |

THANK YOU FOR YOUR BUSINESS!

*By 3/3/11*
*17003264*

Late payments are subject to a FINANCE CHARGE of 1 1/2% per month
equivalent to an ANNUAL PERCENTAGE RATE of 18% per year.

ALL AERIALS, LLC

| | | | Check Number: | | 401668 |
|---|---|---|---|---|---|
| To: All Erection & Crane Rental | 000229 | | Check Date: | | 03/09/2011 |

| Invoice Number | Invoice Date | Description | Amount | Discount | Paid Amount |
|---|---|---|---|---|---|
| 355638 | 02/22/2011 | | $100.00 | $.00 | $100.00 |
| 03012011 | 03/05/2011 | MMO Admin Fee | $1,434.56 | $.00 | $1,434.56 |

| | | | | | |
|---|---|---|---|---|---|
| Acct: NCB | | TOTALS: | $1,534.56 | $.00 | $1,534.56 |

THIS CHECK HAS A COLORED BACKGROUND AND CONTAINS MULTIPLE SECURITY FEATURES - SEE BACK FOR DETAILS

**ALL AERIALS, LLC**
4945 Brecksville Road
Richfield, OH 44286
(330) 659-9600

NATIONAL CITY BANK
Cleveland, Ohio

**401668**

One Thousand Five Hundred Thirty Four Dollars And 56 Cents

| DATE | AMOUNT |
|---|---|
| Mar 9, 2011 | $1,534.56 |

PAY TO THE ORDER OF:

All Erection & Crane Rental
PO Box 318047
CLEVELAND, OH 44131

AUTHORIZED SIGNATURE

⑈401668⑈ ⑆041000124⑆ 986096159⑈

---

ALL AERIALS, LLC

| | | | Check Number: | | 401668 |
|---|---|---|---|---|---|
| To: All Erection & Crane Rental | 000229 | | Check Date: | | 03/09/2011 |

| Invoice Number | Invoice Date | Description | Amount | Discount | Paid Amount |
|---|---|---|---|---|---|
| 355638 | 02/22/2011 | | $100.00 | $.00 | $100.00 |
| 03012011 | 03/05/2011 | MMO Admin Fee | $1,434.56 | $.00 | $1,434.56 |

| | | | | | |
|---|---|---|---|---|---|
| Acct: NCB | | TOTALS: | $1,534.56 | $.00 | $1,534.56 |